FILED
CLERK, U.S. DISTRICT COURT
APR 2 0 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-1090-SVW |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| EDWARD TADARYN ) | [Fed.R.Crim.P. 32.1(a)(6); |
| TOWNSEND ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)] and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **nature of allegations; no verified background info or bail resources**

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   ( )  The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9        on:_____
10        _____
11        _____
12        _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:     4/20/09
18
19                              _____
20                              UNITES STATES MAGISTRATE JUDGE
```